CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

HURRICANE LITIGATION SECTION 13

NO. 09-7209   DIVISION "J"   DOCKET NO.

DONALD & ANNA HINGLE

VERSUS

STANDARD FIRE INSURANCE COMPANY

FILED: _____   _____ DY. CLK.

**PETITION FOR DAMAGES**

I.

Plaintiffs Donald & Anna Hingle are residents of the State of Louisiana and are owners of immovable property located at 5731 Wright Road, New Orleans, Louisiana 70128 in the Parish of Orleans.

II.

Defendant herein is Standard Fire Insurance Company, a foreign insurance corporation authorized and presently doing business in the State of Louisiana.

III.

On August 29, 2005, at the time of Hurricane Katrina, plaintiffs had in effect a policy of property insurance on their property issued by defendant.

IV.

The contract of insurance described in paragraph 3 was an "all risk" policy. Therefore, under the insuring clause defendant was required to indemnify Plaintiffs against all risks of physical loss to the real and personal property insured by the contract of insurance.

V.

On August 29, 2005 Hurricane Katrina caused total loss of each Plaintiff's property, including but not limited to roof damage and damage to the interior, including its contents. This damage rendered the real property uninhabitable for an extended period of time. This damage was caused by wind and wind driven rain. Wind was the efficient proximate cause of all this damage, causing a total loss of the property.

VI.

As a result of the aforesaid events Defendant was required to pay each Plaintiff for damage to structure, other structures, contents, debris removal and loss of use/ALE (additional living expenses). Instead, Defendant made only partial payment. The partial payment did not constitute full payment of all the damage caused by wind and Defendant still owes Plaintiffs additional policy benefits for all the damage caused by wind.

VII.

Based upon the aforesaid conduct of Defendant, Plaintiffs have the following causes of action against Defendant:

   a. Failure to pay for all damages under the insurance policy;
   b. breach of the contract of insurance by failing to pay for all damages;
   c. failure to tender timely and sufficient payment under LSA R.S. 22:658 and LSA R.S. 22:1220;
   d. breach of duty under LSA R.S. 22:658 and LSA R.S. 22:1220;
   e. other causes of action that will be determined at trial.

VIII.

The aforesaid actions of Defendant were "arbitrary and capricious".

IX.

Plaintiffs' is entitled to the following elements of damages:

1) Payment of policy limits for structure;

2) Payment of policy limits for other structures;

3) Payment of policy limits for contents;

4) Payment of policy limits for debris removal;

5) Payment of policy limits for additional living expenses/loss of use;

6) Double damages pursuant to LSA R.S. 22:1220;

7) Penalties pursuant to LSA R.S. 22:658;

8) Attorney fees;

9) Court costs; and

10) Any relief which this court deems fair and equitable.

WHEREFORE, the Defendant be duly cited to appear and answer this Petition for Damages, and, after legal delays and due proceedings had, there be judgment herein in favor of Petitioners against Defendant in a reasonable amount to be determined by this Honorable Court for the damages sustained by each Petitioner, together with special damages, penalties, court costs, attorney fees, together with legal interest from date of judicial demand and for all general and equitable relief.

Respectfully Submitted,

LAWRENCE J. CENTOLA, JR. (3962)
HURRICANE LEGAL CENTER. LLC
600 Carondelet Street, Suite 602
New Orleans, Louisiana 70130
Telephone:   (504) 525-1944
Facsimile:   (504) 525-1279
Email: lcentola@hurricanelegal.com

**PLEASE SERVE:** Standard Fire Insurance Company through their agent for service of process the Louisiana Secretary of State located at 8585 Archives Ave., Baton Rouge, Louisiana 70809.



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

HURRICANE LITIGATION

NO. _____                                              DIVISION____

Donald + Anna Hingle

VERSUS

Standard Fire Insurance Co.

ORDER

THIS MATTER will come before the Court for case management conference

on the _____ day of _____, 20__,

at _____ o'clock ___ . m., before Division _____.

NEW ORLEANS, LOUISIANA, this _____ day of

_____, 20__,

_____
JUDGE

PLEASE SERVE WITH PETITION:

Standard Fire Ins. Co., through their agent for Service of process the Louisiana Secretary of State located @ 8585 Archives Ave., Baton Rouge, LA 70809



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

NJP / ALL
Transmittal Number: 7088380
Date Processed: 10/23/2009

| | |
|---|---|
| **Primary Contact:** | Pamela Hoff<br>The Travelers Companies, Inc.<br>385 Washington Street, MC 515A<br>Saint Paul, MN 55102 |
| **Entity:** | The Standard Fire Insurance Company<br>Entity ID Number 2317464 |
| **Entity Served:** | Standard Fire Ins. Co. |
| **Title of Action:** | Donald Hingle vs. Standard Fire Insurance Company |
| **Document(s) Type:** | Petition |
| **Nature of Action:** | Contract |
| **Court:** | District Court, Orleans Parish, Louisiana |
| **Case Number:** | 09-7209 |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 10/21/2009 |
| **Answer or Appearance Due:** | other/na |
| **Originally Served On:** | Travelers on 10/21/09 |
| **How Served:** | Client Direct |
| Sender Information: | Lawrence J. Centola, Jr.<br>504-525-1944 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com